**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSEPH A. ORTIZ, | |
| Plaintiff, | |
| v. | Civil Action No. 13-2055 (JEB) |
| PATRICK R. DONAHOE, | |
| Defendant. | |

## MEMORANDUM OPINION

Plaintiff Joseph Ortiz filed a one-page *pro se* Complaint on December 26, 2013, which appears to make allegations regarding a settlement agreement. See ECF No. 1. After Defendant filed a Motion to Dismiss, see ECF No. 14, this Court issued an Order directing Plaintiff to respond to the Motion by July 16, 2014, or risk the Court's deeming the matter conceded. See ECF No. 15. Plaintiff subsequently moved for an extension in order to obtain an attorney, see ECF No. 16, which the Court granted, giving him until July 28, 2014, to oppose Defendant's Motion. See Minute Order of June 26, 2014. As Plaintiff has still not filed any opposition, the Court will treat Defendant's Motion as conceded and dismiss the case without prejudice. See LCvR 7(b). A contemporaneous Order will so state.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: August 5, 2014

1